UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIDWEST MORTGAGE INVESTMENT, INC.,
An Illinois Corporation,

        Plaintiff,

Case No. 2:07-CV-10576
Hon. Patrick J. Duggan

Vs.

MOUNT VERNON FIRE INSURANCE COMPANY,
A Pennsylvania Corporation, and THE CITY OF
HAMTRAMCK, a Michigan Municipality,

        Defendants.

---

**WILLIAM J. YOCHIM, JR (P53549)**
William J. Yochim, Jr. PLLC
Attorneys for Plaintiff
30600 Telegraph Road, Suite 2175
Bingham Farms, MI 48025
(248) 341-1270
wjylaw@aol.com

**STANLEY A. PROKOP (P19114)**
Plunkett Cooney
Attorney for Defendant Mount Vernon
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4816
sprokop@plunkettcooney.com

**HARRY KALOGERAKOS (P53544)**
Allen Brothers, PLLC
Attorneys for City of Hamtramck
400 Monroe Street, Suite 220
Detroit, MI 48226
(313) 962-7777
kalo@allenbrotherspllc.com

---

## STIPULATION FOR DISMISSAL

It is stipulated between counsel undersigned that the above-captioned action may be dismissed with prejudice and without costs.

_/s/ William J. Yohim Jr. (w/consent)_
WILLIAM J. YOCHIM, JR (P53549)
Attorney for Plaintiff

_/s/ Stanley A. Prokop_
STANLEY A. PROKOP (P19114)
Attorney for Mount Vernon Insurance Company

_/s/Harry Kalogerakos (w/consent)_
HARRY KALOGERAKOS (P53544)
Attorneys for City of Hamtramck

MIDWEST MORTGAGE INVESTMENT, INC.,
An Illinois Corporation,

                        Case No. 2:07-CV-10576

      Plaintiff,               Hon. Patrick J. Duggan

Vs.

MOUNT VERNON FIRE INSURANCE COMPANY,
A Pennsylvania Corporation, and THE CITY OF
HAMTRAMCK, a Michigan Municipality,

      Defendants.

---

**WILLIAM J. YOCHIM, JR (P53549)**
William J. Yochim, Jr. PLLC
Attorneys for Plaintiff
30600 Telegraph Road, Suite 2175
Bingham Farms, MI 48025
(248) 341-1270
wjylaw@aol.com

**STANLEY A. PROKOP (P19114)**
Plunkett Cooney
Attorney for Defendant Mount Vernon
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4816
sprokop@plunkettcooney.com

**HARRY KALOGERAKOS (P53544)**
Allen Brothers, PLLC
Attorneys for City of Hamtramck
400 Monroe Street, Suite 220
Detroit, MI 48226
(313) 962-7777
kalo@allenbrotherspllc.com

---

## ORDER OF DISMISSAL

At a session of said Court,
held in the City Of Detroit,
County of Wayne, State of Michigan
on: <u>April 9, 2008</u>

PRESENT: HONORABLE : PATRICK J. DUGGAN

    This Court, having reviewed the stipulation of counsel, and being duly advised in the premises.

IT IS HEREBY ORDERED that the above-captioned action be, and is hereby, dismissed with prejudice and without costs with respect to any claim that any party has against any other party.

This order is a final order and hereby closes this case.

_____

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: April 9, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 9, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager